UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:11-CR-00166-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| LYNDON DUNHAM ) | |
| ) | |

Defendant's motion to suppress is hereby SET for hearing on 6 August 2012. The arraignment and trial are CONTINUED to 4 September 2012. Any delay is hereby excluded from speedy trial calculation pursuant to 18 U.S.C.§ 3161(h)(1)(D), (H).

This 9 July 2012.

_____
W. Earl Britt
Senior U.S. District Judge